IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA AURELIA FARRER,

    Plaintiff,

v.

COUNTY OF MARIN and MARIN COUNTY
OF HEALTH & HUMAN SERVICES,

    Defendants.
_____/

No. C 09-00900 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 29, 2009 on motion to dismiss filed by the County of Marin. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 7, 2009 and a reply brief shall be filed by no later than April 14, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 24, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE