ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA AURELIA FARRER., | CASE NO. CV 09-00900-JSW |
| Plaintiff, | **STIPULATED REQUEST TO CHANGE BRIEFING DATES** |
| v. | |
| COUNTY OF MARIN, *et al.*, | |
| Defendants | |

## RECITALS

WHEREAS, Counsel for Plaintiff is getting married at 11:00 am March 25, 2009 and leaving on honeymoon that day until March 30, 2009, and for that reason previously filed and served a notice of unavailability of counsel so informing the Court and Counsel (Docket No. 8);

WHEREAS, Defendants filed their Motions to Dismiss and Strike on March 23, 2009;

WHEREAS, the Court has ordered Plaintiff to file her opposition to those motions no later than April 7, 2009;

WHEREAS hearing of those motions is not set until May 29, 2009, and Local Rule 7-3 would allow until not later than May 8, 2009 to file an opposition;

WHEREAS, Plaintiff's counsel has several other matters that must be attended to between March 30, 2009 and April 7, 2009, and does not believe he can competently attend to those matters and also prepare a competent opposition to Defendants' motions during that time; and

WHEREAS, this is the first request for any continuance by Plaintiff in this matter.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES that they request the Court to Order that:

1. Plaintiff may have until April 17, 2009 within which to file Plaintiff's opposition to Defendants' March 23, 2009 motion to dismiss and strike.

2. Defendants may have until April 27, 2009 to file a reply brief in support of their March 23, 2009 motion to dismiss and strike.

Dated: March 25, 2009
                                        /s/
Antonio L. Cortés, counsel for Plaintiff Ana Aurelia Farrer

Dated: March 25, 2009          MARIN COUNTY COUNSEL

By                /s/
Sheila Shah Lichtblau, counsel for Defendants

///

///

///

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
STIPULATED REQUEST TO CHANGE HEARING DATES

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/s/
Sheila Shah Lichtblau

**ORDER**

It is hereby ORDERED that the deadline for Plaintiff to file an opposition to Defendants' March 23, 2009 Motions to Dismiss and Motion to Strike shall be April 17, 2009.

It is further ORDERED that the deadline for Defendants to file a reply supporting their March 23, 2009 Motions to Dismiss and Motion to Strike shall be April 27, 2009.

DATED: March 25, 2009

Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3
STIPULATED REQUEST TO CHANGE HEARING DATES