IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA AURELIA FARRER,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN and MARIN COUNTY DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>    Defendants.<br>_____/ | No. C 09-00900 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on June 26, 2009 on County of Marin's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 22, 2009 and a reply brief shall be filed by no later than May 29, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 8, 2009

                                                                                *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE