IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA AURELIA FARRER, | No. C 09-00900 JSW |
| Plaintiff, | |
| v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| COUNTY OF MARIN and MARIN COUNTY DEPARTMENT OF HEALTH & HUMAN SERVICES, | |
| Defendants. / | |

On July 17, 2009, this Court received the Certification of ADR Session in this case, in which the ENE evaluator advised the Court that this matter had settled. There has been no further action in the case, and the parties have not filed a dismissal. Accordingly, the parties are HEREBY ORDERED to submit a joint status report regarding the status of settlement and when they expect a dismissal to be filed. The joint status report, or a dismissal, shall be due on or before February 12, 2010.

**IT IS SO ORDERED.**

Dated: January 29, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE